TORRANCE *v.* CALLENIUS ET AL., MEMBERS OF THE IOWA BOARD OF CONTROL, ET AL.

No. 227, Misc.   Decided May 14, 1962.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded for consideration in light of *Goldlawr, Inc.,* v. *Heiman, ante,* p. 463.

MR. JUSTICE HARLAN and MR. JUSTICE STEWART, for the reasons given in their dissent in the *Goldlawr* case, would deny certiorari.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.

NEWLON *v.* BENNETT, WARDEN.

No. 1110, Misc.   Decided May 14, 1962.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.